| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313−1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of California on the following: _X_ Patents or ___ Trademarks:

| **DOCKET NO.**<br>SACV19-704 DOC(DFMx)<br>3:19−cv−00219−GPC−BLM | **DATE FILED**<br>1/30/19 | **US District Court** Southern District of California<br>San Diego, CA |
|---|---|---|
| PLAINTIFF<br><br>Mortgage Application Technologies, LLC | | DEFENDANT<br><br>MeridianLink, Inc. |

| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
|---|---|---|
| 1. 8,548,902 | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above−entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>__Amendment __Answer __Cross Bill __Other Pleading |
|---|---|

| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
|---|---|---|
| 1. | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above−entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| Minutes (In Chambers) by Judge David O. Carter: Order Granting Motion for Judgment on the Pleadings . Case Termed 1/6/2020 |

| CLERK Kiry K. Gray | (BY) DEPUTY CLERK<br>Trina DeBose | DATE<br>1/6/2020 |
|---|---|---|